UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RAMONA MOORE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 04-200-P-C |
| | ) | |
| SOCIAL SECURITY ADMINISTRA-TION, | ) ) | |
| | ) | |
| Defendant | ) | |

**MEMORANDUM OF DECISION ON PLAINTIFF'S MOTION FOR
ATTORNEY'S FEES PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT**

Before the Court is Plaintiff's Motion for Attorney's Fees Pursuant to the EAJA (Docket Item No. 15).  The Court has carefully reviewed the written submissions on the Motion and notes that the only matters in dispute are:

(1)  Plaintiff's request for the application of an hourly rate of $165.00 as opposed to an hourly rate of $160.00;

(2)  Plaintiff's time attributions for preparation of a Motion for Extension of Time and for Attorney Gates' allocation of four (4) hours for review of the record as part of his preparation in the case.

The Court **FINDS** that a rate for computation of Plaintiff's counsel's fees in this case of $160.00 per hour is reasonable and proper in the circumstances of the case and that the time allocations made by Plaintiff's counsel in the two contested respects are also reasonable and proper in the circumstances of the case.

Accordingly, the Court **APPROVES** an award of total counsel fees on the Motion in the amount of Five Thousand Three Hundred Sixty Dollars ($5,360.00) consisting of a

2

total of 33.5 hours of counsel's time at an hourly rate of $160.00 per hour plus reimbursement for a filing fee of One Hundred Fifty Dollars ($150.00) for a total award of Five Thousand Five Hundred Ten Dollars ($5,510.00).

    **SO ORDERED**.

    /s/Gene Carter_____
    GENE CARTER
    Senior U.S. District Court Judge

Dated at Portland, Maine this 15th day of August, 2005.